7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dennis D Dukes and Shelia M Dukes \*\*\*ABOVE MED\*\*\*
*Debtor*

*Bankruptcy Case No.*
13–60670–abf13

**Dennis D Dukes**
**Shelia M Dukes**
    Plaintiff(s)

*Adversary Case No.*
13–06047–abf

v.

**JP Morgan Chase Bank, N.A.**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Default Judgment is hereby entered in favor of the Plaintiffs, Dennis D. & Shelia M. Dukes, and against Defendant, JP Morgan Chase Bank, N.A., on the Complaint to Avoid Junior Lien on Real Property and Treat as Unsecured Claim, in accordance with the Court's Order, Document No. 12, entered by the Court on 10/28/2013.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 10/28/13

Court to serve